**05cr 10145 NG**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )   |   |
| ) | |
| v. ) | Criminal No. CR-04-09-B-W |
| ) | |
| MICHAEL V. FOWLER ) | |

CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE
(Under Rule 20)

I, Michael V. Fowler, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in District of Massachusetts in which I am held and to waive trial in the above-captioned District.

Dated: _May 19, 2005_ at _Bangor, Maine_

_Michael Fowler Limited Rights Reserved_
Michael V. Fowler

_Witness_

_Counsel for Defendant_

_United States Attorney for the District of Massachusetts_

_United States Attorney for the District of Maine_
_May 24, 2005_

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-9-B-W |
| ) | |
| ) | |
| MICHAEL V. FOWLER ) | |
| a/k/a Michael W. Smith ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

That on or about a date unknown to the Grand Jury to on or about December 8, 2002, in the District of Maine, defendant

**MICHAEL V. FOWLER**
a/k/a
**Michael W. Smith**

having been convicted of a crime which under the laws of the Commonwealth of Massachusetts were then punishable by imprisonment for a term exceeding one year, specifically:

Unlawful Possession and Sale of Firearms, Suffolk Superior Court, August 14, 1998, Docket #SUCR1997-10590;

knowingly possessed in and affecting commerce, a Glock Model 21, .45 caliber pistol, serial number ABS441US.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

-1-

## COUNT TWO

That on or about August 22, 2002, in the District of Maine, defendant

**MICHAEL V. FOWLER**
a/k/a
**Michael W. Smith**

in a matter within the jurisdiction of the United States Social Security Administration and for the purpose of obtaining a Maine Drivers License Number 8540246, and with intent to deceive, falsely represented that Social Security Account Number 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 was the Social Security Account Number assigned to him by the Commissioner of Social Security, whereas, in truth and in fact, as the defendant well knew, that number was not his Social Security Account Number.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL,

_Matthew Halloran_
FOREPERSON

_[signature]_
Assistant United States Attorney

Dated: 2-11-4