UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred __XX__

United States
    v.   CA/CR No. _05cr10145 -NG_

Michael Fowler

Criminal Category _____

    In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **Collings** for the following proceedings:

(A)    Referred for full pretrial case management, including all dispositive motions.

(B)    Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)    Referred for discovery purposes only.

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(D)    Case referred for events only. See Doc. No(s). _____
(E)    Case referred for settlement.

(F)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(G)    **Special Instructions:   Please appoint counsel for Mr. Fowler**

By:    /s/Maryellen Molloy
Dated 6/20/05                                Deputy Clerk

---

[1]