# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                    CRIMINAL NO. 2005-10145-NG

MICHAEL FOWLER,
    Defendant.

# *ORDER*

COLLINGS, U.S.M.J.

The defendant having stated in open Court this date that he wishes to represent himself in the above-styled cause, it is ORDERED that the Clerk terminate the appointment of Attorney McGinty on the docket.[1] The Clerk is FURTHER ORDERED to note on the docket that the defendant is proceeding *pro se* and that his address is: Essex County Jail, 20 Manning Road, P.O. Box 807, Middleton, Massachusetts 01949-0807.

The Clerk is FURTHER ORDERED to note on the docket that Assistant Federal Defender Timothy Watkins has been appointed as the defendant's

---

[1] Attorney McGinty had been appointed in early 2004 when the case was in Massachusetts because the defendant was arrested in Massachusetts on a warrant issued from the District of Maine.

standby counsel in the above-styled case.

The file is RETURNED to the Clerk's Office for the purpose of the scheduling of a Rule 11 hearing before Judge Gertner.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 1, 2005.