**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


UNITED STATES OF AMERICA


        V.                                 CRIMINAL CASE NO.

                                           05-10145-NG

MICHAEL V. FOWLER


           Defendant


**APPOINTMENT OF FEDERAL DEFENDER**


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that Federal Defender Timothy Watkins from the Federal Defender Office for the District of Massachusetts be appointed as Michael V. Fowler's standby counsel, effective as of Friday, July 1, 2005, to represent said defendant in this cause until further order of the Court

                                   SARAH A. THORNTON
                                   CLERK OF COURT


By:      */s/  Noreen A. Russo*

                Noreen A. Russo, Courtroom Deputy Clerk
                To the Honorable Robert B. Collings


DATE: July 1, 2005


N:\Federal_Defender\FederalPublicDefender.Watkins2.wpd