**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

September 23, 2005

Maryellen Molloy, Courtroom Clerk
  Honorable Nancy Gertner
J. Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

> Re: <u>United States v. Michael Fowler</u>
>     Criminal No. 05-10145-NG

Dear Ms. Malloy:

Please be advised that Michael Fowler, the defendant in the above matter, is proceeding <u>pro se</u>. Because of Mr. Fowler's determination to represent himself, Judge Collings appointed the Federal Defender Office in a stand-by capacity only. (I note that Mr. Fowler is also proceeding <u>pro se</u> in a related case before Judge Tauro, <u>United States v. Michael Fowler</u>, Criminal No. 04-10308-JLT.)

Mr. Fowler has stated both to me and in open court his preference that, as a <u>pro se</u> litigant, he receive notices and filings directly from the court. To that end, please forward future docket entries to:

Michael Fowler
Essex County Correctional Facility
P.O. Box 807
Middleton, MA 01949.

Thank you for your assistance. Please feel free to call me with any questions you may have.

Sincerely,

/s/ Timothy G. Watkins
Timothy G. Watkins
Assistant Federal Defender

TGW:tw

cc: Michael Fowler