UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10145-NG |
| | ) | |
| MICHAEL FOWLER | ) | |
| | ) | |

JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The parties hereby move, pursuant to 18 U.S.C. §3161(h)(8)(A), to exclude the period of time commencing on October 19, 2005, and ending on December 13, 2005. At a pretrial conference on October 19, 2005, the parties agreed to continue this case for two months to provide the parties an opportunity to resolve a companion case, which is likely to influence the course of the instant case.

WHEREFORE, both parties respectfully request, under 18 U.S.C. §3161(h)(8)(A), that this Court exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney,<br>By: | MICHAEL FOWLER<br>Defendant, |
| /S/ WILLIAM H. CONNOLLY | /S/ MICHAEL FOWLER (WHC) |

-1-

DATE:     October 20, 2005