## ATTORNEY ASSIGNMENT REQUEST

Defendant:_ Michael Fowler _ _____

Case & Defendant
Number_1:05-cr-10145-NG_____

Date of Appointment:_____

Appointed by:_____

Attorney Withdrawn_____

Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_two____

Charge(s) and Cite(s)_18:9229g)(1) and 924(a)(2)    Unlawful transport of firearms, 42:408(a)(7)(B) Misuse of Social Security Number.____

_____

Indictment_____        Information_____        Probation Revocation_____

Number of Defendants_____

Judge Code_____

Special Instructions:__ Please appoint Timothy Watkins as Federal Defender._____
____

_____

_____

_____

_____

___/s/ JENNIFER GAUDET_____
Deputy Clerk

Dated__9/17/2007_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Atty Assign Request.wpd**

[attyreq.;kattyreq.]